# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

DANA BAKER,

        Plaintiff,

vs.

DONALD DEXTER JR.,

        Defendant.

2:15-cv-00247-GMN-VCF

**ORDER**

    Before the court is Defendant Donald Dexter Jr.'s Emergency Motion to Enforce Court Ordered IME and Request for Rule 37 Sanctions Against Plaintiff's Counsel (#14 and 16).

    IT IS HEREBY ORDERED that a hearing on Defendant Donald Dexter Jr.'s Emergency Motion to Enforce Court Ordered IME and Request for Rule 37 Sanctions Against Plaintiff's Counsel (#14 and 16) is scheduled for 3:00 p.m., June 10, 2015, in courtroom 3D.

    Any opposition to the Defendant Donald Dexter Jr.'s Emergency Motion to Enforce Court Ordered IME and Request for Rule 37 Sanctions Against Plaintiff's Counsel (#14 and 16) is due by June 5, 2015.

    IT IS SO ORDERED.

    DATED this 2nd day of June, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE