1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  **PHILLIPS, SPALLAS & ANGSTADT LLC**
3  504 South Ninth Street
   Las Vegas, Nevada 89101
4  (702) 938-1510

5  *Attorneys for Defendant*
   *Donald Dexter, Jr.*
6

7  UNITED STATES DISTRICT COURT

8  DISTRICT OF NEVADA

9  DANA BAKER, an individual                Case No.: 2:15-CV-00247-GMN-VCF

10              Plaintiff,

11 v.                                       **STIPULATION AND ORDER
                                            REGARDING COURT ORDERED IME**
12 DONALD DEXTER, JR., an individual; and
   DOES I-X,
13
                Defendants.
14

15

16      Plaintiff DANA BAKER and Defendant DONALD DEXTER, JR., through their counsel of

17 record, hereby submit this Stipulation and Order Regarding the Court Ordered IME pursuant to the

18 Court's Order on June 10, 2015:

19      1.      On May 26, 2015 Defendant filed an Emergency Motion to Enforce Court Ordered

20 IME (*Docket No. 14*) And Request for Rule 37 Sanctions Against Plaintiff's Counsel (*Docket No. 16*).

21 The Court set a hearing for Defendant's Motions on June 10, 2015. On June 5, 2015, Plaintiff timely

22 filed her Opposition to Defendant's Motion.

23

24      2.      On June 10, 2015, the Court heard Defendant's Motion and Request for Sanctions.

25 After oral arguments from both parties, The Court granted Defendant's Motion to Enforce, and took

26 under submission Defendant's Motion for Sanctions.  The Court extended the expert disclosure

27 deadline, rebuttal expert disclosure deadline, discovery cut off deadline, dispositive motion deadline,

28 and pre-trial order due-date deadline.

3. The IME shall take place with Dr. Steven McIntire on June 26, 2015 at 8:00 a.m. at 400 N. Stephanie Street, Suite 310, Henderson NV 89014. This examination shall include a patient history, diagnostic examination and manipulation of Plaintiff's body, and other such tests and procedures which are ordinarily considered part of a general physical and medical examination and necessary for the examining physician to evaluate Plaintiff's injuries that are in controversy in the subject incident. This examination is conducted to evaluate Plaintiff regarding the nature, extent and cause of the injuries to Plaintiff; the appropriateness of any past medical treatment or any future medical treatment currently suggested; any future medical treatment needed; the amount, necessity, and reasonableness of the charges; and Plaintiff's ability to work.

DATED this 12th day of June, 2015.

**SCHUETZE & McGAHA**

*/s/ Joshua Santeramo*
Joshua M. Santeramo, Esq.
SCHUETZE & McGAHA P.C.
601 S. Rancho Drive, Suite C-20
Las Vegas, NV 89105

*Attorneys for Plaintiff*

DATED this 12th day of June, 2015.

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

*/s/ Brenda Entzminger*
Brenda Entzminger
PHILLIPS SPALLAS & ANGSTADT
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED this 15th day of June, 2015

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -